UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ANTHONY TORRES,<br>                    Supervisee. | No. 16-cr-151 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

For the reasons stated on the record earlier today, IT IS HEREBY ORDERED THAT Supervisee's term of supervised release is terminated. The Court extends its best wishes to Mr. Torres and his family.

SO ORDERED.

Dated:   April 20, 2023
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation